**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 08-MJ-00108-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. KYLE M. PINIOTES,**

**Defendant.**

---

**ORDER RELEASING DEFENDANT FROM CUSTODY**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant was arrested on March 20, 2008 for failure to appear before the Court on March 20, 2008 at 4:00 p.m. as a condition of his unsupervised probation.

After hearing on March 21, 2008, the Court **ORDERED** that the Defendant shall remain in custody until the afternoon of March 21, 2008 when BLM Special Agent, Randy Carpenter, will pick the Defendant up at the La Plata County Jail and take him to the site where the Defendant will remove and dispose of the remainder of the trash and personal items left on the BLM Lands. Once these items are removed;

**IT IS HEREBY FURTHER ORDERED** that the Defendant shall be released by Special Agent Carpenter. All other terms and conditions of the Judgment previously entered in this case shall remain in full force and effect.

**DATED: March 21, 2008**

                                          **BY THE COURT:**

**s/David L. West**

**David L. West, United State Magistrate Judge**