**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal Case No. 08-MJ-00108-DLW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. KYLE M. PINIOTES,

Defendant.

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

     The Defendant was sentenced on June 6, 2008 for violation of the terms of his Unsupervised Probation to probation for a period of 6 months. As a condition of his sentence he was to begin serving his sentence at the La Plata County Jail until such time as he was accepted into and transported to Hilltop House to serve the remaining balance of his 6 months probation.

     On July 23, 2008 the Court received information from Hilltop House that bed space had become available for the Defendant. After being processed by the Probation Officer for his release, the Defendant refused to go to Hilltop House, therefore;

     **IT IS HEREBY ORDERED** that the Defendant be remanded to the custody of the U. S. Marshal to be transported to the La Plata County Jail to begin serving the balance of his six months sentence with the Bureau of Prisons.

**DATED: July 23, 2008**

                                           **BY THE COURT:
s/David L. West
United States Magistrate Judge**